[No. 4858.   Decided October 22, 1904.]

CHARLES THEIS, *Appellant*, v. SPOKANE FALLS GAS LIGHT COMPANY *et al.*, *Respondents*.[1]

ON PETITION FOR REHEARING.

Appeal from a judgment of the superior court for Spokane county, Belt, J.  Rehearing denied.[2]

*Post, Avery & Higgins*, for appellant.

*George Ladd Munn, Thayer & Belt*, and *Walker & Munn*, for respondents.

PER CURIAM.—The petition for rehearing in this case will be denied, but as this court is not in possession of all the facts necessary to determine the equities between the parties, arising out of legal transactions in the cause since the action was commenced, all of such questions will be submitted primarily to the trial court for determination.